**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Chesley J. Terrill Jr.** | Social Security number or ITIN  **xxx–xx–8693** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **19–10617–TPA** | |

# Order of Discharge                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Chesley J. Terrill Jr.

11/13/19                                                **By the court:**   Thomas P. Agresti
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 19-10617-TPA
Chesley J. Terrill, Jr.                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: admin              Page 1 of 2              Date Rcvd: Nov 13, 2019
                              Form ID: 318             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db          +Chesley J. Terrill, Jr.,    22239 Highway 18,    Conneautville, PA 16406-5649
15072420    +Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
15072421    +Anesthesia Consultants of Meadville,    1034 Grove Street,    Meadville, PA 16335-2945
15081060    +Anethesia Consultants Inc,    PO Box 74574,    Cleveland, OH 44194-0834
15072422    +Ashtabula County Medical Center,    2420 Lake Avenue,    Ashtabula, OH 44004-4970
15072424    +Citifinancial,   Po Box 6217,    Sioux Falls, SD 57117-6217
15072425    +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
15072426    +Clinical Medical Services Company LLC,    PO Box 92237,    Cleveland, OH 44193-0003
15072429    +Conneaut Valley Health Center,    PO Box 6100,    Hermitage, PA 16148-1000
15081061    +Emergency Prof. Services, Inc.,    PO Box 740021,    Cincinnati, OH 45274-0021
15072433    +Goodyear Tire / Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15072435    +Health Care Solutions,    PO Box 105760,    Atlanta, GA 30348-5760
15081063    +JP Recovery Services Inc,    PO Box 16749,    Rocky River, OH 44116-0749
15072438    +PA Liberty St Emergency Physicians LLC,    751 Liberty Street,    Meadville, PA 16335-2559
15085324    +Pathology Consultants LLC,    PO Box 74578,    Cleveland OH 44194-0002
15072440    +Sears / Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15072441    +Select Portfolio Servicing,    10401 Deerwood Park Boulevard,    Jacksonville, FL 32256-5007
15072442   #+Stairways Behavioral Health,    847 North Main Street,    Meadville, PA 16335-2658
15072444    +The Ashtabula Clinic,    2422 Lake Avenue,    Ashtabula, OH 44004-4982
15081065    +USA Radiology of Pennsylvania,    PO Box 790126,    Dept. 5627,    Saint Louis, MO 63179-0126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 04:32:44     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA   17128-0946
cr          +EDI: PRA.COM Nov 14 2019 08:43:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
15085323    +E-mail/Text: amccoyams@yahoo.com Nov 14 2019 04:33:34      Affiliated Management Services Inc,
              PO Box 2119,   Mission KS 66201-1119
15072423    +EDI: CAPITALONE.COM Nov 14 2019 08:43:00      Capital One Bank Usa NA,    Po Box 30281,
              Salt Lake City, UT 84130-0281
15072427    +EDI: WFNNB.COM Nov 14 2019 08:43:00      Comenity Bank / Wayfair,    Po Box 182789,
              Columbus, OH 43218-2789
15072428    +EDI: WFNNB.COM Nov 14 2019 08:43:00      Comenity Capital Bank / Overstock,    Po Box 182120,
              Columbus, OH 43218-2120
15072430    +E-mail/Text: rkiser@co.crawford.pa.us Nov 14 2019 04:33:35      Crawford County Tax Claim Bureau,
              903 Diamond Park,    Meadville, PA 16335-2694
15072431     EDI: DISCOVER.COM Nov 14 2019 08:43:00      Discover Financial Services LLC,    Po Box 15316,
              Wilmington, DE 19850
15072432     E-mail/Text: eblymiller@fidelitycollections.com Nov 14 2019 04:31:38
              Fidelity Properties Inc,    885 South Sawburg Avenue,    Alliance, OH 44601
15081062    +E-mail/Text: bankruptcy@firstenergycorp.com Nov 14 2019 04:33:26       First Energy,
              5001 Nasa Boulevard,    Fairmont, WV 26554-8248
15072434    +E-mail/Text: bankruptcy@avadynehealth.com Nov 14 2019 04:31:51       H & R Accounts Inc,
              7017 John Deere Parkway,    Moline, IL 61265-8072
15072436    +E-mail/Text: mwetherbee@mmchs.org Nov 14 2019 04:33:53      Meadville Medical Center,
              1034 Grove Street,    Meadville, PA 16335-2945
15081064    +E-mail/Text: Bankruptcy@natfuel.com Nov 14 2019 04:33:16      National Fuel,    1100 State Street,
              Erie, PA 16501-1912
15072437    +E-mail/Text: blegal@phfa.org Nov 14 2019 04:33:20      Pa Housing Finance Agency,
              2101 North Front Street,    Harrisburg, PA 17110-1086
15072439    +EDI: RMSC.COM Nov 14 2019 08:43:00      PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
15072443    +EDI: RMSC.COM Nov 14 2019 08:43:00      Syncb / Walmart,    Po Box 965024,
              Orlando, FL 32896-5024
15073013    +EDI: RMSC.COM Nov 14 2019 08:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
15072445    +EDI: CITICORP.COM Nov 14 2019 08:43:00      The Home Depot / Cbna,    Po Box 6497,
              Sioux Falls, SD 57117-6497
15072446    +E-mail/Text: bankruptcydepartment@tsico.com Nov 14 2019 04:34:12       Transworld Systems Inc / 51,    PO Box 15273,    Wilmington, DE 19850-5273
15072447    +EDI: BLUESTEM Nov 14 2019 08:43:00      Webbank / Fingerhut,    6250 Ridgewood Road,
              Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Towd Point Mortgage Trust 2019-3, U.S. Bank Nation
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: admin             Page 2 of 2              Date Rcvd: Nov 13, 2019
                               Form ID: 318            Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:

```
              Daniel P. Foster    on behalf of Debtor Chesley J. Terrill, Jr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt     on behalf of Creditor   Towd Point Mortgage Trust 2019-3, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
                                                                                            TOTAL: 4
```